IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DAVID M. EBEL

| | |
|---|---|
| Courtroom Deputy: Kathleen Finney | Date: October 4, 2010 |
| Court Reporter: Paul Zuckerman | Interpreter: Tatiana Contreras |
| Probation Officer: Justine Kozak | |

Criminal Action No. 10-cr-00070-MSK-1

*Parties:*                                                                 *Counsel:*

UNITED STATES OF AMERICA,                      Kurt Bohn

     Plaintiff,

v.

HILARIO LARUMBE-CRUZ,                              Matthew C. Golla

     Defendant.

_____

**SENTENCING MINUTES**
_____

**2:33 p. m.     Court in session.**

Defendant present in custody.

2:35 p.m.     Interpreter sworn.

2:36 p.m.     Defendant sworn.

**Change of Plea Hearing:** May 18, 2010.

**Defendant plead guilty to Count 1 of the Indictment.**

Parties received and reviewed the presentence report dated August 16, 2010 and the addendum dated September 21, 2010.

The Court accepts the guilty plea of the defendant.

**ORDERED:**     Defendant's Motion for Statutory Sentence [Doc. No. 22, filed 9/20/2010] is **DENIED.**

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

2:44 p.m.   Statements by Mr. Golla.

2:50 p.m.   Statements by Defendant.

2:51 p.m.   Statements by Government.

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to Count 1 to a term of imprisonment of 27 months.

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of 3 years.

**Conditions of supervised release (or) probation:**

If Defendant is not deported,

- (X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm or destructive device.
- (X) Defendant shall comply with the standard conditions adopted by the Court.
- (X) Defendant shall not illegally possess controlled substances.
- (X) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**Special conditions of supervised release (or) probation:**

- (X) Defendant, if deported, shall not return to the United States illegally. If the defendant re-enters the United States legally, defendant shall report to the nearest United States Probation Office within 72 hours of his return.

**ORDERED:** No fine is imposed because the defendant has no ability to pay a fine.

**ORDERED:** Defendant shall pay a Special Assessment Fee of $ 100.00, due

immediately.

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**3:01 p.m.**     **Court in recess.**

Total in-court time: 00:28